MILLICENT C. FLYNN, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 49650.) — SWEENEY, J.

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur in memorandum by Sweeney, J.